UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISHAN LAL NONE,

        Petitioner,

    v.

KRISTI NOEM, et al.,

        Respondents.

No. 1:26-cv-01274-DAD-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO DISMISS, AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 6, 7, 9)

Petitioner Krishan Lal None is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondents' motion to dismiss (Doc. No. 6) be denied. (Doc. No. 7.) Specifically, the magistrate judge found that petitioner previously encountered immigration authorities, was released on conditions by those authorities, and therefore had a protected liberty interest in his continued release. (*Id.* at 3–6.) Accordingly, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated his due process rights. (*Id.* at 6–9.) The pending findings and recommendations were served on the parties and contained notice that any

1

objections thereto were to be filed within seven (7) days after service. (*Id.* at 10.) On April 27, 2026, respondents filed their objections to the pending findings and recommendations. (Doc. No. 8.) Respondents' objections are comprised of a single sentence stating that they object for the same reasons set forth in their previous briefing. (*Id.* at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on April 20, 2026 (Doc. No. 7) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner Krishan Lal None, A-File No. 226-104-618, on the conditions, if any, he was released on prior to his re-detention;

    b.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;

3.    Respondents' motion to dismiss (Doc. No. 6) is DENIED;

4.    Petitioner's request for the court to adopt the pending findings and recommendations (Doc. No. 9) is DENIED as having been rendered moot in light of this order granting habeas relief on the merits; and

/////

/////

/////

2

5.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE